

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00157-CR

| | | |
|---|---|---|
| THOMAS EDWARD BLANKENSHIP, Appellant | § | On Appeal from County Court at Law |
| | § | of Hood County (52381) |
| | § | July 14, 2022 |
| v. | § | Opinion by Chief Justice Sudderth |
| | § | Dissenting Opinion by Justice Walker |
| THE STATE OF TEXAS | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. This case is remanded to the trial court for reformation of the judgment to a Class C misdemeanor and for a new punishment hearing and assessment of punishment within the range for a Class C misdemeanor.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
    Chief Justice Bonnie Sudderth